**FILED**

DEC 17 2018

CLERK. U S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No.: 16cr2178-MMA |
| Plaintiff, | |
| vs. | RESTITUTION ORDER |
| KARL KENNETH ABBOTT, | |
| Defendant. | |

Upon consideration of the agreement of the parties' regarding restitution and the files and records of this case and good cause appearing,

**IT IS HEREBY ORDERED**

1.    Pursuant to 18 U.S.C. §2259 and 18 U.S.C. §3663A that Defendant KARL KENNETH ABBOTT (hereinafter "Defendant") shall pay restitution in the amount of **$15,000** as a result of Defendant's conviction for violating 18 U.S.C. § 2252(a)(2). Restitution shall be paid to the following victims in the specified amounts, pro rata:

        a.    $5,000 to "Vicky" of the "Vicky" Series;

        b.    $2,000 to "Pia" of the "Sweet Sugar" Series;

1

c.      $2,000 to "Erika" of the "Pink Heart Sisters" Series;

d.      $2,000 to "Maureen" of the "Lighthouse" Series;

e.      $2,000 to "Casseaopia" of the "Lighthouse" Series; and

f.      $2,000 to "Jenny" of the "Jenny" Series.

2.      Defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

3.      After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay the restitution as set forth in the following payment schedule:

a.      Defendant shall not pay any amount within 30 days of entry of this order.

b.      During any period of incarceration, Defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of Defendant's income, or $25.00 per quarter, whichever is greater.

c.      Upon release from custody, Defendant shall pay restitution at the rate of at least $150 per month, subject to modification upon further agreement of the parties or order of the Court.

4.      This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A).

5.      If payment has not already been made in full, interest will accrue on the restitution amount in the manner prescribed by 18 U.S.C. §3612.

6.      Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

Clerk of the Court
United States District Court
Southern District of California
333 West Broadway, Suite 420
San Diego, CA 92101

The bank or cashier's check or money order shall reference "Karl Kenneth Abbott" and "Case No. 16cr2178." The Clerk of the Court shall distribute payments to "Vicky," "Pia," "Erika," "Maureen," "Casseaopia," and "Jenny" at addresses to be provided to the Clerk's Office by the United States Attorney's Office.

7.    Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office's Forfeiture and Financial Litigation Section of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs.

8.    Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office's Forfeiture and Financial Litigation Section of any change in mailing or residence address, no later than thirty days after the change occurs.

**IT IS SO ORDERED.**

DATED: 12/17/2018

HON. MICHAEL M. ANELLO
United States District Judge

3