# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES, | Case No. 16-cr-2178-MMA |
|---|---|
| Plaintiff, | |
| v. | **ORDER GRANTING JOINT MOTION TO MODIFY BRIEFING SCHEDULE** |
| KARL KENNETH ABBOTT, | |
| Defendant. | [Doc. No. 116] |

On August 9, 2021, Defendant Karl Kenneth Abbott ("Defendant"), proceeding *pro se*, filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). *See* Doc. No. 107.  Pursuant to General Order 692-B, the Court appointed Federal Defenders of San Diego as Defendant's counsel of record for the pending motion. *See* Doc. No. 113.  The Government and Defendant now jointly move to modify the motion's briefing schedule.  Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **SETS** the following modified briefing schedule:  Defendant, proceeding through counsel, must file supplemental briefing in support of his motion on or before **November 15, 2021**; the Government must then file an opposition on or before **November 29, 2021**; and Defendant may file a reply on or before **December 6, 2021**.

**IT IS SO ORDERED**.

Dated:  September 23, 2021

HON. MICHAEL M. ANELLO
United States District Judge