# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>KARL KENNETH ABBOTT,<br><br>　　　　　　　　　　Defendant. | Case No. 16-cr-2178-MMA<br><br>**ORDER GRANTING JOINT MOTION TO MODIFY BRIEFING SCHEDULE**<br><br>[Doc. No. 118] |

On August 9, 2021, Defendant Karl Kenneth Abbott ("Defendant"), proceeding *pro se*, filed a motion to reduce his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). *See* Doc. No. 107. Pursuant to General Order 692-B, the Court appointed Federal Defenders of San Diego as Defendant's counsel of record for the pending motion. *See* Doc. No. 113. The Government and Defendant now jointly move to modify the motion's briefing schedule. Upon due consideration, good cause appearing, the Court **GRANTS** the joint motion and **SETS** the following modified briefing schedule: Defendant, proceeding through counsel, must file supplemental briefing in support of his motion on or before **December 6, 2021**; the Government must then file an opposition on or before **December 20, 2021**; and Defendant may file a reply on or before **January 3, 2022**.

　　　**IT IS SO ORDERED**.

Dated: November 12, 2021

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Michael M. Anello*
　　　　　　　　　　　　　　　　　　　　　　　HON. MICHAEL M. ANELLO
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge